IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NICHOLAS MANCUSO,

        Plaintiff,                    CV-07-835-ST

       v.                                ORDER ON DEPOSITION
                                         DESIGNATIONS

AMERICAN FAMILY MUTUAL INSURANCE
COMPANY, a Wisconsin Based Insurance
Company,

        Defendant.

STEWART, Magistrate Judge:

       For use at trial, plaintiff has designated portions of deposition testimony from two witnesses, Jeff Fletcher (Exhibit 40) and John Olson (Exhibit 41). Defendant has identified cross-designations of those same witnesses. The following is the court's ruling on the parties' evidentiary objections to those designations (dockets # 84 & # 86):

**Exhibit 40 (Fletcher)**

1 - ORDER ON DEPOSITION DESIGNATIONS

Defendant's evidentiary objections to plaintiff's following designations are sustained:

Page 38, lines 17-19
Page 49, lines 6-12
Page 66, line 14 - page 67, line 4
Page 72, line 22 - page 73, line 7

Defendant's remaining objections are overruled.

**Exhibit 41 (Olson)**

Defendant's evidentiary objections to plaintiff's following designations are sustained:

Page 62, line 17 - page 63, line 2
Page 75, lines 13-24
Page 76, line 9 - page 77, line 19
Page 78, lines 3-23
Page 94, lines 11-21
Page 99, lines 7-23
Page 100, line 12 - page 102, line 1
Page 147, line 18 - page 149, line 15
Page 150, line 16 - page 151, line 9
Page 151, line 23 - page 152, line 6
Page 155, lines 6-9
Page 158, line 22 - page 159, line 9

Defendant's remaining objections are overruled.

Plaintiff's evidentiary objection to defendant's following cross-designation is sustained:

Page 40, line 17 - page 41, line 1

In addition, the court *sua sponte* strikes the following cross-designations by defendant

because they refer to inadmissible matters:

///

///

///

Page 142, lines 17-25
Page 143, lines 14-25

2 - ORDER ON DEPOSITION DESIGNATIONS

Page 149, lines 16-23
Page 150, lines 11-15

DATED this 23rd day of January, 2009.

                                      s/ Janice M. Stewart_____
                                      Janice M. Stewart
                                      United States Magistrate Judge

3 - ORDER ON DEPOSITION DESIGNATIONS